IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00834-EWN-CBS

JADWIGA "HEIDI" TALKINGTON and
RICHARD TALKINGTON,

     Plaintiff,

v.

HALLIBURTON ENERGY SERVICES, INC., a Delaware corporation,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     It is hereby **ORDERED** that Plaintiff's Motion to Amend Compliant filed September 19, 2005, (*doc. no. 14*) is **DENIED**, without prejudice, for failure to provide a certificate showing compliance with **D.C.COLOL.CIVR. 7.1A**. The Court is unable to determine to what extent the Plaintiff attempted to confer with opposing counsel and whether the motion is opposed or unopposed. It is further

     **ORDERED** that when filing documents with the court, counsel is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P. ); the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ) *and* the District of Colorado ECF Procedures (D.C. COLO. ECF. PROC.). **Counsel is particularly instructed to note D.C.COLOL.CIVR. 10.1 E (Spacing)**.

**DATED:**     September 19, 2005