IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00834-EWN-CBS

JADWIGA "HEIDI" TALKINGTON and
RICHARD TALKINGTON,

      Plaintiff,

v.

HALLIBURTON ENERGY SERVICES, INC., a Delaware corporation,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Amend Compliant filed September 20, 2005, (*doc. no. 17*) is **GRANTED**. The Clerk's Office is instructed to accept Plaintiff's Amended Complaint (tendered to the court on September 20; as *doc. no. 17-3*) for filing, as of the date of this order.

**DATED:**      September 23, 2005