IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00834-EWN-CBS

JADWIGA "HEIDI" TALKINGTON AND
RICHARD TALKINGTON,

    Plaintiffs,

v.

HALLIBURTON ENERGY SERVICES, INC., a Delaware Corporation,

    Defendant.

## ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court on a Joint Stipulation for Dismissal with Prejudice.

It is **ORDERED** that the above-entitled action and complaint be dismissed with prejudice, with each party to pay his or its own costs.

**DATED** this 13th day of January, 2006.

                                                s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge